USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>—v—<br><br>David Keith,<br><br>Defendant. | 15-cr-827 (AJN)<br>20-cv-4410 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

    Mr. Keith's request for an extension of time, Dkt. No. 140, is hereby GRANTED. In his letter, Mr. Keith requested that the Court extend the deadline until June 2021 as a result of the circumstances caused by the COVID-19 pandemic. Accordingly, the Court hereby EXTENDS Mr. Keith's deadline to respond to the Government's opposition to June 14, 2021.

    The Clerk of Court is hereby directed to mail a copy of this Order to Mr. Keith and to note that mailing on the public docket.

    SO ORDERED.

Dated: January 5, 2021
      New York, New York

                                                  ALISON J. NATHAN
                                        United States District Judge