UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/21

United States of America,

–v–

David Keith,

          Defendant.

20-cv-4410 (AJN)
15-cr-827 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On June 1, 2021, the Court received Mr. Keith's request for an extension of time to file his reply to the Government's opposition to his 28 U.S.C. § 2255 motion. Dkt. No. 142. The request is GRANTED. Mr. Keith's time to file his reply is hereby EXTENDED to July 30, 2021.

The Clerk of Court is hereby directed to mail a copy of the Amended Judgment, Dkt. No. 123, to Defendant and to note that mailing on the public docket.

SO ORDERED.

Dated: June 2, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge