USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
: 1:15-cr-827-GHW
-v- :
:
DAVID KEITH, :
:
                            Defendant. :
:
-------------------------------------------------------------- X
-------------------------------------------------------------- X
:
DAVID KEITH, :
:
: 1:20-cv-4410-GHW
                             Movant, : 1:25-cv-3298-GHW
:
-v- : ORDER
:
UNITED STATES OF AMERICA, :
:
                            Respondent. :
:
--------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On July 17, 2025, Circuit Judge Alison J. Nathan, who was presiding over the case by designation, entered an order granting a request by Movant David Keith for an extension of time to respond to the Government's memorandum in opposition to Movant's motion to vacate. Dkt. No. 153. Accordingly, Movant's response to the Government's opposition is due no later than August 18, 2025.

       The matters listed in the caption of this order have been reassigned to me. All future applications in these matters should be directed to me.

       The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 154 in Dkt. No. 1:15-cr-4410 and to mail a copy of this order to Mr. Keith.

SO ORDERED.

Dated: July 21, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge