**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAVID KEITH,

                Movant,

-against-                        25 **CIVIL** 3298 (GHW)
                                            20 CIVIL 4410 (GHW)
                                              15 **CR** 827 (GHW)

                                                         **JUDGMENT**

UNITED STATES OF AMERICA,

                Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 26, 2025, Mr. Keith's Motion is denied. Mr. Keith's first claim lacks substantive merit and the remaining claims fall outside of the scope of Rule 60(b). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). Mr. Keith has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253. Judgment is entered for the Respondent; accordingly, Mr. Keith's civil action, *David Keith v. United States*, No. 1:25-cv-3298-GHW case is closed.

**Dated:**  New York, New York

      September 29, 2025

                                                        **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                               **BY:**      *K. Mango*

                                                           **Deputy Clerk**